IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSE M. CHARRIEZ,

    Plaintiff,

v.                                                          Case No. 4:11cv379-SPM/WCS

MARK GARCIA, et al.,

    Defendants.

_____/

### ORDER

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 16) which recommends that the motion for restraining order (doc. 12) be denied. Plaintiff has been afforded an opportunity to file objections. No objections were filed. Upon consideration, I have determined that the Report and Recommendation is accurate and should be adopted. Accordingly, it is

    **ORDERED and ADJUDGED**:

    1.    The Magistrate Judge's Report and Recommendation (doc. 16) is **adopted** and incorporated by reference into this order; and

    2.    Plaintiff's Motion for Restraining Order (doc. 12) is **denied**.

3.     This case is remanded for further proceedings.

**DONE AND ORDERED** this 21st day of February, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge