IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSE M. CHARRIEZ,

    Plaintiff,

vs.                                    Case No. 4:11cv379-LC/CAS

MARK GARCIA,

    Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Third Report and Recommendation dated March 3, 2014.  Doc. 66.  The parties have been furnished a copy of the report and recommendation and afforded an opportunity to file objections.  No objections have been filed.

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Defendant Garcia's motion for summary judgment, doc. 59, is **GRANTED** and the Clerk shall enter judgment in his favor on all claims. Plaintiff's Rule 60 motion to reinstate his claims against Defendant Bannister, doc. 60, is **DENIED**.

**DONE AND ORDERED** this 31st day of March, 2014.

s/*L.A. Collier*
LACEY A. COLLIER
Senior United States District Judge